## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### SOUTHERN DISTRICT

AIR COOL, INC.      :
  Plaintiff     :
         :  **Case No.** _____
v.         :
         :
JOHNSON CONTROLS, INC.  :
  Defendant    :
         :

### NOTICE OF REMOVAL

  Defendant Johnson Controls, Inc. ("JCI") by its undersigned attorneys, hereby files this Notice of Removal, pursuant to 28 U.S.C. §§1332 and 1446, and Local Rule 103, and removes this civil action to this Honorable Court from the Circuit Court for Montgomery County, and says:

  1.  On or about September 16, 2013, Plaintiff, Air Cool, Inc. filed a Complaint in the Circuit Court for Montgomery County against Johnson Controls, Inc. ("JCI") under Case No. 381513-V (the "State Action").  A true and correct copy of the Complaint and Exhibits the State Court Action is attached hereto and incorporated herein as Exhibit 1.

  2.  Contemporaneously with the filing of the Complaint, the Plaintiff also filed a Motion for Summary Judgment in the State Court Action.  A true and correct copy of the Motion for Summary Judgment is attached hereto and incorporated herein as Exhibit 2.

  3.  JCI was served with the initial summons in this matter on September 25, 2013. Thus, removal of this action is timely under 28 U.S.C. §1446.

  4.  JCI is a corporation organized and existing under the laws of the State of Wisconsin with its principal place of business located in Wisconsin.  *See* Complaint, ¶2. Therefore, it is a citizen of Wisconsin for the purposes of assessing diversity jurisdiction.

5.      Plaintiff, Air Cool, Inc. is a Maryland Corporation. *See* Complaint, ¶1.

6.      Plaintiff's Complaint prays damages in excess of $75,000.   *See* Complaint, *passim.*

7.      Accordingly, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

8.      Pursuant to 28 U.S.C. §1446(b), this Notice of Removal has been filed within thirty (30) days after the service upon JCI of a copy of the initial pleading setting forth the claim for relief upon which this removal is based.

9.      Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal has been served upon the adverse party, and a copy of this Notice of Removal has been filed with the Circuit Court for Montgomery County, Maryland.  A true and correct copy of the Notice of Removal is attached hereto and incorporated herein as Exhibit 3.

WHEREFORE, Defendant, Johnson Controls, Inc., hereby removes this civil action to the United States District Court for the District of Maryland, Southern District.

Respectfully submitted,

Renita L. Collins, Fed Bar. No.: 28637
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle, 2nd floor
Baltimore Maryland 21208
Phone: (410) 559-9000
Fax: (410) 559-9009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>18th</u> day of October, 2013, a copy of the foregoing

Notice of Removal was served via first class mail, postage prepaid upon:

> Evangelos D. Sidou
> Evangelos D. Sidou, L.L.C.
> 222 Bosley Avenue, Suite C-7
> Towson, Maryland  21204-4399
>
> Attorney for Plaintiff

And filed with the Clerk of the Circuit Court for Montgomery County, Maryland

Renita L. Collins, Fed. Bar No.:  28637

3