IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

AIR COOL, INC.          *
                        *
     Plaintiff          *
                        *
v.                      *    Case No.:
                        *
JOHNSON CONTROLS, INC.  *
                        *
     Defendant          *
                        *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff, Air Cool, Inc., by and through its attorney, Evangelos D. Sidou, Esquire, pursuant to Rules 2-311 and 2-501 of the Maryland Rules of Civil Procedure, and moves this Honorable Court for an Order granting Summary Judgment in its favor and for reasons therefore states:

1. There is no genuine dispute as to any material fact relevant to the disposition of this case, and the Plaintiff is entitled to judgment as a matter of law.

2. The Plaintiff, Air Cool, Inc., adopts and incorporates the attached Affidavit in Support of Motion for Summary Judgment, as if the same were reiterated herein.

**WHEREFORE**, the Plaintiff prays this Honorable Court pass an Order granting summary judgment in its favor against the Defendant, Johnson Controls, Inc., in the amount of Two Hundred Forty-Eight Thousand Six Hundred Eighty-Eight Dollars and Ninety Cents ($248,688.90) plus interest at the legal rate of six percent (6%) per annum from May 16, 2010 until judgment, post-judgment interest at the legal rate of ten percent (10%) per annum until paid, together with reasonable attorneys'

fees of twenty-five percent (25%)($75,713.85) and all costs incidental to the prosecution of this action.

Respectfully submitted,
EVANGELOS D. SIDOU, L.L.C.

_____
EVANGELOS D. SIDOU
222 Bosley Avenue, Suite C-7
Towson, Maryland   21204-4399
(410) 296-4000
Attorney for Plaintiff,
Air Cool, Inc.

### POINTS AND AUTHORITIES

1. Rule 2-311, Maryland Rules of Civil Procedure.

2. Rule 2-501, Maryland Rules of Civil Procedure.

3. <u>Delia v. Berkey</u>, 41 Md. App. 47, 395 A.2d 1189 (1978), **aff'd** 287 Md. 302, 413 A.2d 170 (1980).

4. <u>Joy v. Anne Arundel County</u>, 52 Md. App. 653, 451 A.2d 1237 (1982).

5. <u>King v. Bankerd</u>, 303 Md. 98, 492 A.2d 608 (1985).

_____
EVANGELOS D. SIDOU